1  Sheri M. Thome, Esq.
Nevada Bar No. 008657
2  Taylor A. Buono, Esq.
Nevada Bar No. 015513
3  **WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
4  6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
5  Telephone: 702.727.1400
Facsimile: 702.727.1401
6  Email: Sheri.Thome@wilsonelser.com
Email: Taylor.Buono@wilsonelser.com
7  *Attorneys for Defendant*
IDeACOM

8  **UNITED STATES DISTRICT COURT**

9  **DISTRICT OF NEVADA**

| | |
|---|---|
| 10  JEFF DEWOLFE, an Individual, | Case No.  2:21-cv-01995-GMN-VCF |
| 11       Plaintiff, | |
| 12  v. | **STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION SESSION** |
| 13  IDEACOM, a Foreign Corporation, DOES I-X; ROE CORPORATIONS I-X, | **(FIRST REQUEST)** |
| 14 | |
| 15       Defendants. | |

16      Defendant IDeACOM and Plaintiff Jeff DeWolfe, by and through their undersigned counsel

17  of record, hereby stipulate and request that the Early Neutral Evaluation session ("ENE") currently

18  scheduled for May 24, 2022 at 9:00 a.m., be vacated and rescheduled to August 9, 2022 at 9:00 a.m.

19      Pursuant to LR IA 6-1, this is the first stipulation to request to vacate and reschedule the

20  ENE.   Good causes exists for this stipulation because the representative for IDeACOM,

21  Brett Davies, is unavailable to attend the ENE as currently scheduled and would like to be able to

22  appear in-person.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

270802398v.1

1    This stipulation is entered into in good faith and not for purposes of delay.

2

3    DATED this 13th day of May, 2022.          DATED this 13th day of May, 2022.

     WILSON, ELSER, MOSKOWITZ,                  HKM EMPLOYMENT ATTORNEYS LLP
4    EDELMAN & DICKER LLP

5    /s/  Sheri M. Thome                        /s/  Jenny L. Foley
     Sheri M. Thome, Esq.                       Jenny L. Foley, Ph.D., Esq.
6    Nevada Bar No. 008657                      Nevada Bar No. 009017
     Taylor A. Buono, Esq.                      101 Convention Center Drive, Suite 600
7    Nevada Bar No. 015513                      Las Vegas, Nevada 89109
     6689 Las Vegas Blvd. South, Suite 200      Telephone: (702) 805-8340
8    Las Vegas, Nevada 89119                    Facsimile: (702) 805-8340
     Telephone: (702) 727-1400                  jfoley@hkm.com
9    Facsimile: (702) 727-1401                  *Attorneys for Plaintiff*
     Sheri.Thome@wilsonelser.com                *Jeff DeWolfe*
10   Taylor.Buono@wilsonelser.com
     *Attorneys for Defendant*
11   *IDeACOM*

12
                                    **ORDER**
13
          The ENE in this matter is re-scheduled for August 9, 2022 at 9:00 a.m.
14
          IT IS SO ORDERED.
15

16
     _____
17   UNITED STATES MAGISTRATE JUDGE

18
          DATED: May 16th, 2022
19

20

21

22

23

24

25

26

27

28

270802398v.1