**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEFF DEWOLFE, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>IDEACOM, a Foreign Corporation, DOES I-X; ROE CORPORATIONS I-X,<br><br>Defendants. | Case No.  2:21-cv-01995-GMN-VCF<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR CASE TERMINATING SANCTIONS OR IN THE ALTERNATIVE, MOTION TO COMPEL DISCOVERY RESPONSES AND PLAINTIFF'S APPEARANCE AT DEPOSITION** |

Plaintiff, Jeff Dewolfe ("Plaintiff") and Defendant IDEACOM, by and through their counsel of record, hereby stipulate to extend the deadline to file responses to the Defendant's Motion For Case Terminating Sanctions Or In The Alternative, Motion To Compel Discovery Responses And Plaintiff's Appearance At Deposition (ECF No. 27).  Plaintiff's Response to the Motion was due on January 19, 2023. Plaintiff requested a one-week extension to respond to the Motion due to on-going discovery. As such, the parties stipulate for Plaintiff's response to be extended until and due on January 27, 2023.

///

///

///

///

///

///

270802398v.1

Accordingly, this extension is made in good faith and not for the purpose of undue delay.

DATED this 23rd day of January, 2022.

**HKM EMPLOYMENT ATTORNEYS LLP**

  *Jenny L. Foley*
**Jenny L. Foley, Ph.D., Esq.**
Nevada Bar No. 009017
101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
Telephone: (702) 805-8340
Facsimile: (702) 805-8340
jfoley@hkm.com
*Attorneys for Plaintiff*
*Jeff DeWolfe*

DATED this 23rd day of January, 2022.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

  *Taylor A. Buono*
**Sheri M. Thome, Esq.**
Nevada Bar No. 008657
**Taylor A. Buono, Esq.**
Nevada Bar No. 015513
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
Sheri.Thome@wilsonelser.com
Taylor.Buono@wilsonelser.com
*Attorneys for Defendant*
*IDeACOM*

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 1-23-2023 _____