1  **JENNY L. FOLEY, Ph.D., ESQ.**
   Nevada Bar No. 9017
2  E-mail: jfoley@hkm.com
   **HKM EMPLOYMENT ATTORNEYS LLP**
3  101 Convention Center Drive, Suite 600
   Las Vegas, Nevada 89109
4  Tel: (702) 805-8340
   Fax: (702) 805-8340
5  *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFF DEWOLFE, an Individual, <br><br> Plaintiff, <br><br> v. <br><br> IDEACOM, a Foreign Corporation, DOES I-X; ROE CORPORATIONS I-X, <br><br> Defendants. | Case No. 2:21-cv-01995-GMN-VCF <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR CASE TERMINATING SANCTIONS OR IN THE ALTERNATIVE, MOTION TO COMPEL DISCOVERY RESPONSES AND PLAINTIFF'S APPEARANCE AT DEPOSITION (SECOND REQUEST)** |

Plaintiff, Jeff Dewolfe ("Plaintiff") and Defendant IDeACOM, by and through their counsel of record, hereby stipulate to extend the deadline to file responses to the Defendant's Motion For Case Terminating Sanctions Or In The Alternative, Motion To Compel Discovery Responses And Plaintiff's Appearance At Deposition (ECF No. 27). Plaintiff's Response to the Motion was due on January 27, 2023, per a previous stipulation and order (ECF No. 28 and No. 29). Plaintiff requested an additional ten-day extension to respond to the Motion due to on-going discovery. As such, the parties stipulate for Plaintiff's Response to be extended until and due on February 6, 2023. The parties also agree and stipulate to an extension for Defendant's Reply. Pursuant to the parties' agreement, Defendant's Reply will be due on February 21, 2023.

///

///

///

///

270802398v.1

Accordingly, this extension is made in good faith and not for the purpose of undue delay.

| DATED this 27th day of January 2023. | DATED this 27th day of January 2023. |
|---|---|
| **HKM EMPLOYMENT ATTORNEYS LLP** | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP** |
| *Jenny L. Foley* | |
| **Jenny L. Foley, Ph.D., Esq.** | Taylor A. Buono |
| Nevada Bar No. 009017 | **Sheri M. Thome, Esq.** |
| 101 Convention Center Drive, Suite 600 | Nevada Bar No. 008657 |
| Las Vegas, Nevada 89109 | **Taylor A. Buono, Esq.** |
| Telephone: (702) 805-8340 | Nevada Bar No. 015513 |
| Facsimile: (702) 805-8340 | 6689 Las Vegas Blvd. South, Suite 200 |
| jfoley@hkm.com | Las Vegas, Nevada 89119 |
| *Attorneys for Plaintiff* | Telephone: (702) 727-1400 |
| *Jeff DeWolfe* | Facsimile: (702) 727-1401 |
| | Sheri.Thome@wilsonelser.com |
| | Taylor.Buono@wilsonelser.com |
| | *Attorneys for Defendant* |
| | *IDeACOM* |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 30, 2023

-2-