**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JEFF DEWOLFE, an Individual,<br><br>Plaintiff(s),<br><br>v.<br><br>IDEACOM, a Foreign Corporation, DOES I-X; ROE CORPORATIONS I-X,<br><br>Defendant(s). | 2:21-cv-01995-GMN-VCF<br><br>**ORDER** |

Before the Court is defendant's motion for case terminating sanctions or in the alternative, motion to compel discovery responses and plaintiff's appearance at deposition (ECF NO. 27).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on defendant's motion for case terminating sanctions or in the alternative, motion to compel discovery responses and plaintiff's appearance at deposition (ECF NO. 27), is scheduled for 10:00 AM, March 20, 2023, in Courtroom 3D.

DATED this 28th day of February 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE