UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

JEFF DEWOLFE, an Individual,

             Plaintiff(s),

v.

IDEACOM, a Foreign Corporation, DOES I-X; ROE CORPORATIONS I-X,

             Defendant(s).

2:21-cv-01995-GMN-VCF

**ORDER**

Due to a conflict on the court's calendar,

IT IS HEREBY ORDERED that the in-person hearing on defendant's motion for case terminating sanctions or in the alternative, motion to compel discovery responses and plaintiff's appearance at deposition (ECF NO. 27), scheduled for 10:00 AM, March 20, 2023, is RESCHEDULED to **10:00 AM, March 21, 2023**, in Courtroom 3D.

DATED this 3rd day of March 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE