**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

JEFF DEWOLFE,

        Plaintiff(s),

v.

IDEACOM, a Foreign Corporation, DOES I-X; ROE CORPORATIONS I-X,

        Defendant(s).

2:21-cv-01995-GMN-VCF

**ORDER**

Before the Court is the motion for leave to file excess pages (ECF NO. 26).

Accordingly,

IT IS HEREBY ORDERED that the motion for leave to file excess pages (ECF NO. 26) is added to the in-person hearing scheduled for 10:00 AM, March 21, 2023, in Courtroom 3D.

DATED this 10th day of March 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1