Sheri M. Thome, Esq.
Nevada Bar No. 008657
Taylor A. Buono, Esq.
Nevada Bar No. 015513
**WILSON, ELSER, MOSKOWITZ,**
**EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Taylor.Buono@wilsonelser.com
*Attorneys for Defendant*
*IDeACOM*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFF DEWOLFE, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>IDEACOM, a Foreign Corporation, DOES I-X; ROE CORPORATIONS I-X,<br><br>Defendants. | Case No.  2:21-cv-01995-GMN-VCF<br><br>**STIPULATION TO CONTINUE THE IN-PERSON HEARING ON DEFENDANT'S MOTION FOR CASE TERMINATING SANCTIONS OR IN THE ALTERNATIVE, MOTION TO COMPEL AND HEARING ON THE MOTION FOR LEAVE TO FILE EXCESS PAGES**<br><br>**(FIRST REQUEST)** |

Defendant IDeACOM and Plaintiff Jeff DeWolfe, by and through their undersigned counsel of record, hereby submit the following Stipulation to Continue the In-Person Hearing on Defendant's Motion for Case Terminating Sanctions or in the alternative, Motion to Compel.

Defendant filed the above-referenced discovery motion. (ECF No. 27). Defendant also filed a motion for leave to file a brief in excess of the page limits. (ECF No. 26). The Court has set both of the motions for an in-person hearing on March 21, 2023 at 10:00 AM. (ECF No. 39; 40). Counsel for Defendant has a conflict at the time set for the March 21st hearing as counsel conflicting hearing schedules in other matters. Accordingly, Defendant requests that the Court continue the March 21st hearing to the next available date and time on the Court's calendar.

///

///

///

281063168v.1

This stipulation is entered into in good faith and not for purposes of delay.

DATED this 14th day of March, 2023.                    DATED this 14th day of March, 2023.

WILSON, ELSER, MOSKOWITZ,                              HKM EMPLOYMENT ATTORNEYS LLP
EDELMAN & DICKER LLP

*/s/ Taylor A. Buono*                                  */s/ Jenny L. Foley*
Sheri M. Thome, Esq.                                   Jenny L. Foley, Ph.D., Esq.
Nevada Bar No. 008657                                  Nevada Bar No. 009017
Taylor A. Buono, Esq.                                  101 Convention Center Drive, Suite 600
Nevada Bar No. 015513                                  Las Vegas, Nevada 89109
6689 Las Vegas Blvd. South, Suite 200                  Telephone: (702) 805-8340
Las Vegas, Nevada 89119                                Facsimile: (702) 805-8340
Telephone: (702) 727-1400                              jfoley@hkm.com
Facsimile: (702) 727-1401                              *Attorneys for Plaintiff*
Sheri.Thome@wilsonelser.com
Taylor.Buono@wilsonelser.com
*Attorneys for Defendant*

## **ORDER**

**IT IS SO ORDERED** that the in-person hearing scheduled for March 21, 2023 is hereby VACATED and shall be re-scheduled to the __29th__ day of __March__, 2023 at __11:00__ a.m. in Courtroom 3B.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __3-17-2023__

-2-

281063168v.1