**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MICHAEL ARATA, ESQ.**
Nevada Bar No. 11902
E-mail: marata@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JEFF DEWOLFE, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>IDEACOM, a Foreign Corporation; DOES I-X; ROE CORPORATIONS I -X,<br><br>Defendants. | CASE NO.: 2:21-cv-01995-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF 36]**<br><br>**(First Request)** |

Plaintiff Jeff DeWolfe ("Plaintiff"), and Defendant IDeACOM ("Defendant"), by and through their respective attorneys of record, stipulate as follows:

1.    On February 28, 2023, Defendant filed its Motion for Summary Judgment ("Motion"). [ECF 36].

2.    Plaintiff's response to Defendant's Motion is currently due to be filed by March 21, 2023.

3.    The parties hereby stipulate and agree Plaintiff shall have until March 28, 2023, to file his response to Defendant's Motion.

///

///

Page **1** of **2**

4.     This is the first request for an extension of this deadline and is not made for purposes of undue delay.

Dated: March 17, 2023.

HKM EMPLOYMENT ATTORNEYS, LLP

/s/ Michael Arata
**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MICHAEL ARATA, ESQ.**
Nevada Bar No. 11902
E-mail: marata@hkm.com
101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

/s/ Taylor Buono
**SHERI M. THOME, ESQ.**
Nevada Bar No. 008657
E-Mail: Sheri.Thome@wilsonelser.com
**TAYLOR A. BUONO, ESQ.**
Nevada Bar No. 015513
E-Mail: Taylor.Buono@wilsonelser.com
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: (702) 727-1400
Facsimile: (702) 727-1401
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED: _____

UNITED STATES DISTRICT COURT JUDGE
CASE NO.: 2:21-cv-01995-GMN-VCF

DATED: ___March 17, 2023_____