JENNY L. FOLEY, Ph.D., ESQ.
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
MICHAEL ARATA, ESQ.
Nevada Bar No. 11902
E-mail: marata@hkm.com
HKM EMPLOYMENT ATTORNEYS LLP
101 Convention Center Dr., Suite 600
Las Vegas, Nevada 89109
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JEFF DEWOLFE, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>IDEACOM, a Foreign Corporation; DOES I-X; ROE CORPORATIONS I-X,<br><br>Defendants. | CASE NO.: 2:21-cv-01995-GMN-VCF<br><br>STIPULATION TO CONTINUE THE IN-PERSON HEARING ON:<br>   (1) DEFENDANT'S MOTION FOR CASE TERMINATING SANCTIONS OR IN THE ALTERNATIVE, MOTION TO COMPEL [ECF 27];<br>   (2) HEARING ON THE MOTION FOR LEAVE TO FILE EXCESS PAGES [ECF 26]; and<br>   (3) THE PARTIES' PROPOSED STIPULATION AND ORDER TO FOR SETTLEMENT CONFERENCE AND TO STAY CERTAIN DEADLINES PENDING SETTLEMENT CONFERENCE [ECF 45]<br><br>(Second Request) |

Plaintiff Jeff DeWolfe ("Plaintiff"), and Defendant IDeACOM ("Defendant"), by and through their respective attorneys of record, stipulate as follows:

1. On January 5, 2023, Defendant filed its Motion for Case Terminating Sanctions or in the Alternative, Motion to Compel. [ECF 27].

1     2.     Defendant also filed a motion for leave to file a brief in excess of the page limits on the same date. [ECF 26].

    3.     The Court previously set these motions for an in-person hearing on March 21, 2023. [ECF 39, 40].

    4.     On March 14, 2023, as Defendant's Counsel had a conflict at the time set for March 21, 2023 hearing, the parties requested the Court continue the hearing to the next available date and time on the Court's calendar. [ECF 41].

    5.     On March 17, 2023, the Court approved the parties' stipulation and rescheduled the in-person hearing to March 29, 2023, at 11:00 a.m. [ECF 43].

    6.     On February 28, 2023, Defendant filed its Motion for Summary Judgment ("Motion"). [ECF 36].

    7.     Plaintiff's response to Defendant's Motion was due to be filed by March 28, 2023. [ECF 44].

    8.     During this time, the parties have engaged in limited settlement discussions but believe that a settlement conference would increase the likelihood of settlement.

    9.     On March 24, 2023, the parties submitted their proposed stipulation requesting: (a) the Court order the parties to a settlement conference pursuant to LR 16-5; (b) continue the deadline for Plaintiff to respond to Defendant's Motion for Summary Judgment to a date no more than five days after the conclusion of the settlement conference; and (c) continue the March 30, 2023 dispositive motion deadline and May 1, 2023 due date for the parties to submit their Joint Pre-Trial Order per ECF 38 to mutually agreeable dates after the conclusion of the settlement conference to enable the parties to participate in a settlement conference. [ECF 45].

    10.     On March 27, 2023, the Court added the parties' March 24, 2023 stipulation (ECF 45) to the in person hearing scheduled for 11:00 a.m. on March 29, 2023. [ECF 46].

    11.     Plaintiff's counsel of record, Jenny L. Foley, Ph.D., Esq., has a conflict at the time set for the March 29, 2023, hearing due to a deposition in another client matter.

    12.     Given the substantive issues involved in the motions set for hearing, the parties

request the Court continue the March 29, 2023, hearing to the next available date and time on the Court's calendar so that Plaintiff's counsel of record can attend the in-person hearing.

13. This is the second request for an extension of the hearing and is not made for purposes of undue delay.

Dated: March 28, 2023.

| HKM EMPLOYMENT ATTORNEYS, LLP | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
|---|---|
| /s/ Michael Arata<br>JENNY L. FOLEY, Ph.D., ESQ.<br>Nevada Bar No. 9017<br>E-mail: jfoley@hkm.com<br>MICHAEL ARATA, ESQ.<br>Nevada Bar No. 11902<br>E-mail: marata@hkm.com<br>101 Convention Center Drive, Suite 600<br>Las Vegas, Nevada 89109<br>Tel: (702) 805-8340<br>Fax: (702) 805-8340<br>*Attorneys for Plaintiff* | /s/ Taylor Buono<br>SHERI M. THOME, ESQ.<br>Nevada Bar No. 008657<br>E-Mail: Sheri.Thome@wilsonelser.com<br>TAYLOR A. BUONO, ESQ.<br>Nevada Bar No. 015513<br>E-Mail: Taylor.Buono@wilsonelser.com<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, Nevada 89119<br>Telephone: (702) 727-1400<br>Facsimile: (702) 727-1401<br>*Attorneys for Defendant* |

## ORDER

IT IS SO ORDERED:

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED  3-28-2023

IT IS HEREBY ORDERED that the hearing scheduled for March 29, 2023, is RESCHEDULED to an in-person hearing for 11:00 AM, April 3, 2023, in Courtroom 3D.