Sheri M. Thome, Esq.
Nevada Bar No. 008657
Taylor A. Buono, Esq.
Nevada Bar No. 015513
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
Email: Taylor.Buono@wilsonelser.com
*Attorneys for Defendant*
*IDeACOM*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFF DEWOLFE, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>IDEACOM, a Foreign Corporation, DOES I-X; ROE CORPORATIONS I-X,<br><br>Defendants. | Case No.  2:21-cv-01995-GMN-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Jeff DeWolfe ("Plaintiff") and Defendant IDeACOM and Plaintiff Jeff DeWolfe, by and through their undersigned counsel of record, hereby stipulate and agree that this action be dismissed in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs incurred in this action. FRCP 41(a)(1)(ii).

///

///

///

///

///

///

///

///

290561025v.1

1  IT IS SO STIPULATED.

2  DATED this 12th day of December, 2023.    DATED this 12th day of December, 2023.

3  WILSON, ELSER, MOSKOWITZ,    HKM EMPLOYMENT ATTORNEYS LLP
   EDELMAN & DICKER LLP

*/s/ Sheri M. Thome*_____    */s/ Michael Arata*_____
Sheri M. Thome, Esq.    Daniel Kalish, Esq.
Nevada Bar No. 008657    *Admitted Pro Hac Vice*
Taylor A. Buono, Esq.    Michael Arata, Esq.
Nevada Bar No. 015513    Nevada Bar No. 11902
6689 Las Vegas Blvd. South, Suite 200    101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89119    Las Vegas, Nevada 89109
Telephone: (702) 727-1400    Telephone: (702) 805-8340
Facsimile: (702) 727-1401    Facsimile: (702) 805-8340
Sheri.Thome@wilsonelser.com    dkalish@hlkm.com
Taylor.Buono@wilsonelser.com    marata@hkm.com
*Attorneys for Defendant*    *Attorneys for Plaintiff*

## ORDER

Upon stipulation of the parties and for good cause shown, the above-captioned action is dismissed in its entirety, with prejudice, with each party to bear their own attorneys' fees and costs.

**IT IS SO ORDERED**. The Clerk of Court is instructed to close the case.

_____
UNITED STATES DISTRICT JUDGE

DATED: December 12, 2023

-2-

290561025v.1